FILED
DISTRICT OF NEBRASKA
AT_____M
AUG 02 2002
Gary D. McFarland, Clerk
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LORRAINE DELOACH, Individually and on behalf of TROY DELOACH, TYRELL DELOACH and TAYLOR DELOACH, Minor Children,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY HOUSING AUTHORITY, DEANNE CALLAHAN, and JOAN BERTOLINI,<br><br>Defendants. | CASE NO.   8:02CV369<br><br>ORDER ON EX PARTE MOTION FOR HEARING ON TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

This matter is before the Court on the Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, (Filing ___).

IT IS ORDERED:

1. Plaintiffs' request for a hearing on the Motion for Temporary Restraining Order and/or Preliminary Injunction (Filing No. ___) is granted;

2. A hearing on Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction is scheduled for Monday, August 12, 2002, at 12 o'clock noon in Courtroom No. 2, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3. Plaintiffs are directed to secure service of process of all documents comprising the record in this case, including this Order and the Order allowing the plaintiff to proceed in forma pauperis, upon the Defendants as soon as possible;

4.  If the Defendants oppose the motion, they may respond in writing to the Plaintiffs' Motion for Temporary Restraining Order and/or Motion for Preliminary Injunction by submitting to the Court a memorandum in opposition to the motion on or before Friday, August 9, 2002.

DATED this 2th day of August, 2002.

BY THE COURT:

Laurie Smith Camp
United States District Judge